■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERRY HAYNES, Appellant. [899 NYS2d 876]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered January 24, 2006, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal forecloses review of the claims he seeks to raise (see *People v Haynes*, 70 AD3d 718 [2010]; *People v Burke*, 25 AD3d 722 [2006]). Fisher, J.P., Dillon, Dickerson and Eng, JJ., concur.